IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Isom, Dennis | Case Number: 08 B 18105 |
| | Judge: Squires, John H |
| Printed: 01/29/09 | Filed: 7/14/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 15, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 1,197.02 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,118.02 |
| Trustee Fee: | | 79.00 |
| Other Funds: | | 0.00 |
| Totals: | 1,197.02 | 1,197.02 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Chad M Hayward | Administrative | 3,500.00 | 1,118.02 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Santander Consumer USA | Secured | 0.00 | 0.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 24,810.23 | 0.00 |
| 5. | Santander Consumer USA | Unsecured | 2,502.16 | 0.00 |
| 6. | Commonwealth Edison | Unsecured | 760.28 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 2,041.46 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 3,078.62 | 0.00 |
| 9. | RMI/MCSI | Unsecured | 500.00 | 0.00 |
| 10. | Nicor Gas | Unsecured | 1,868.09 | 0.00 |
| 11. | Jefferson Capital Systems LLC | Unsecured | 776.63 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 1,747.66 | 0.00 |
| 13. | Zalutsky & Pinski Ltd | Unsecured | 1,948.75 | 0.00 |
| 14. | Capital One | Unsecured | | No Claim Filed |
| 15. | Alpha Baez | Unsecured | | No Claim Filed |
| 16. | Cole Taylor Bank | Unsecured | | No Claim Filed |
| 17. | Credit One | Unsecured | | No Claim Filed |
| 18. | First Premier | Unsecured | | No Claim Filed |
| 19. | HSBC | Unsecured | | No Claim Filed |
| 20. | Long Beach Acceptance Corp | Unsecured | | No Claim Filed |
| 21. | TCF Bank | Unsecured | | No Claim Filed |
| 22. | Tribute/Fbold | Unsecured | | No Claim Filed |
| 23. | Wap | Unsecured | | No Claim Filed |
| 24. | Washington Mutual Home Loan | Unsecured | | No Claim Filed |
| | | | $ 43,533.88 | $ 1,118.02 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Isom, Dennis

Printed: 01/29/09

Case Number:  08 B 18105
Judge:  Squires, John H
Filed:  7/14/08

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 79.00 |
| | $ 79.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

